DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RUFUS LEROY ROBINSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-00066 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION CONTINUING STATUS CONFERENCE HEARING; ORDER |
| v. | ) | |
| RUFUS LEROY ROBINSON, | ) | Date: May 16, 2011 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Yasin Mohammad, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Rufus Leroy Robinson, that the status conference currently set for May 2, 2011, **may be continued to May 16, 2011 at 9:00 a.m.**

The parties believe they have a tentative resolution. Additional time is needed for consideration of the offer by defendant. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served by continuing this case outweigh the best interests of the public and the defendant in a speedy trial in that additional time is necessary for effective defense preparation. 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: April 28, 2011 | By:  /s/ *Yasin Mohammad*<br>YASIN MOHAMMAD<br>Assistant United States Attorney<br>Counsel for Plaintiff |
|   |   |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: April 28, 2011 | By:  /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>RUFUS LARRY ROBINSON |

**ORDER**

IT IS SO ORDERED.

**Dated:   April 29, 2011**          /s/ **Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE