DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RUFUS LEROY ROBINSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-00066 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION CONTINUING CHANGE OF PLEA HEARING; ORDER |
| v. | ) | |
| RUFUS LEROY ROBINSON, | ) | |
| Defendant. | ) | Date: June 6, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Yasin Mohammad, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Rufus Leroy Robinson, that the change of plea hearing currently set for May 31, 2011, **may be continued to June 6, 2011 at 9:00 a.m.**

The parties need additional time to finalize their plea agreement.

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served by continuing this case outweigh the best interests of the public and the defendant in a speedy trial in that additional time is necessary for effective defense preparation. 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

///

///

BENJAMIN B. WAGNER
United States Attorney

DATED: May 25, 2011                    By:     /s/ *Yasin Mohammad*
                                               YASIN MOHAMMAD
                                               Assistant United States Attorney
                                               Counsel for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: May 25, 2011                    By:     /s/ *Victor M. Chavez*
                                               VICTOR M. CHAVEZ
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               RUFUS LARRY ROBINSON

**ORDER**

IT IS SO ORDERED.

**Dated:   May 25, 2011**              _____/s/ **Oliver W. Wanger**_____
                                            UNITED STATES DISTRICT JUDGE