DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RUFUS LEROY ROBINSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-00066 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | ) | |
| RUFUS LEROY ROBINSON, | ) | |
| Defendant. | ) | Date: September 26, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Yasin Mohammad, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Rufus Leroy Robinson, that the sentencing hearing currently set for August 22, 2011, **may be continued to September 26, 2011, at 9:00 a.m.**

The defendant needs additional time to investigate juvenile records.

///

//

///

///

///

```
                                              BENJAMIN B. WAGNER
                                              United States Attorney


DATED: August 18, 2011          By:    /s/ Yasin Mohammad
                                       YASIN MOHAMMAD
                                       Assistant United States Attorney
                                       Counsel for Plaintiff



                                       DANIEL J. BRODERICK
                                       Federal Defender


DATED: August 18, 2011          By:    /s/ Victor M. Chavez
                                       VICTOR M. CHAVEZ
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       RUFUS LARRY ROBINSON
```

**ORDER**

IT IS SO ORDERED.

**Dated:   August 18, 2011**              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE